UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-478(JMR/FLN)

Richard Hervieux )
)
v. ) ORDER
)
Cleveland Clinic Foundation )

Plaintiff has brought suit against defendant under the Fair Credit Reporting Act. This matter is before the Court on defendant's motion for summary judgment.

Based on the files, records, and proceedings herein, IT IS ORDERED that:

Defendant's motion for summary judgment is denied. [Docket No. 33.]

Dated: April 1st, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK APR 2 2002
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______