UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-478 (JMR/FLN)

Richard Hervieux )
)
) ORDER
v. )
)
Cleveland Clinic Foundation )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: December 10th, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS